Opinion issued October 11, 2007







 

 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00645-CV






IN RE SAMUEL R. MARES, SR., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Samuel R. Mares, Sr., challenged the
trial court's (1) failure to rule on certain pretrial motions. 

 On August 13, 2007, we informed the relator that if he did not pay the filing
fee or file an affidavit of indigency by September 27, 2007, his petition may be
dismissed. He did not pay the filing fee or file an affidavit of indigency by September
27, 2007.

 We dismiss the petition for writ of mandamus.

 PER CURIAM



Panel consists of Justices Taft, Hanks, and Higley.

 

1. -